**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAROL DALTON AND PAUL DALTON, h/w,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | |
| **THE LITTLE LION AND CPJD HOLDINGS, LLC,** | **NO.  19-5358** |
| **Defendants.** | |

## <u>O R D E R</u>

**AND NOW**, this 6th day of April, 2021, upon consideration of Defendants' Motion for Summary Judgment and briefing in support thereof (ECF Nos. 29 & 31) and Plaintiffs' response thereto (ECF No. 30), **IT IS ORDERED** that Defendants' Motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**